IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| ABDUL HAMZA WALI MUHAMMAD, | ) | CASE NO. 7:13CV00389 |
| | ) | |
| Plaintiff, | ) | |
| | ) | FINAL ORDER |
| v. | ) | |
| | ) | |
| VICKI PHIPPS, ET AL., | ) | By: Glen E. Conrad |
| | ) | Chief United States District Judge |
| Defendant(s). | ) | |

In accordance with the accompanying memorandum opinion, it is hereby

ADJUDGED AND ORDERED

as follows:

1. Plaintiff's motion to compel (ECF No. 6) a nondefendant prison employee to provide plaintiff with his inmate account report is **DENIED** as moot, as the account report was timely filed;

2. Plaintiff's motion to amend (ECF No. 12) is **DENIED** to the extent that it seeks to add new claims that new defendants failed to protect plaintiff from an inmate assault, but is **GRANTED** to the extent that it adds additional allegations about plaintiff's medical condition and care;

3. This civil action, alleging denial of adequate medical care, is **DISMISSED** without prejudice, pursuant to 28 U.S.C. § 1915A(b)(1), for failure to state a claim, and his motion for summary judgment (ECF No. 11) is **DENIED**;

4. Plaintiff's motion for preliminary injunctive relief (ECF No. 13) is **DENIED**; and

5. This action is stricken from the active docket of the court.

ENTER: This 18th day of September, 2013.

_____
Chief United States District Judge